UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CARLTON MILLER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:16-CV-488 JAR |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Petitioner's Motion for Extension of Time to File Final Rebuttal for Motion Under 28 U.S.C. § 2255. (Doc. No. 7) On July 1, 2016, the Government filed its Response in Opposition to Petitioner's § 2255 motion to vacate, set aside, or correct sentence. (Doc. No. 6) Petitioner requests forty-five (45) days to file his rebuttal. Upon consideration, the Court will grant Petitioner's request.

Petitioner has attached a "Subpoena Duces Tecum" to his motion seeking the plea agreement and transcripts from his criminal case. Plaintiff's request for issuance of a subpoena will be denied; however, the Court will direct the Clerk of Court to forward him a copy of his plea agreement.

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner's Motion for Extension of Time to File Final Rebuttal for Motion Under 28 U.S.C. § 2255 [7] is **GRANTED**. Petitioner shall file his rebuttal **no later than Friday, August 26, 2016**.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to mail Petitioner a copy of the plea agreement filed in his criminal case, *USA v. Miller*, 4:14-cr-00353-JAR-1.

Dated this 11th day of July, 2016.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE